UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  24-CR-520-5 (TJK) |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| | : | 18 U.S.C. § 371 (Conspiracy) |
| KIYA HOLLAND, | : | |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA**

Defendant Kiya Holland agrees to admit guilt and enter a plea of guilty to Count One of the Superseding Information. In support of this plea, the parties submit this statement of offense. The following statement of offense is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal Procedure. This proffer is not intended to be a disclosure of all the evidence available to the United States.

Count One charges Holland with Conspiracy, in violation of 18 U.S.C. § 371. The object of the conspiracy is a violation of 18 U.S.C. §§ 1791(a)(2), (b)(1). Pursuant to Federal Rule of Criminal Procedure 11, the Government and Holland, with concurrence of her attorney, agree and stipulate as follows:

1. Kiya Holland resided in Maryland.

2. The D.C. Department of Corrections ("DOC") is a penal institution with an average daily population of approximately 1,700 inmates.  It is located at 1901 D Street, in Southeast, Washington, D.C.

3. The Central Detention Facility ("CDF") is one of two DOC correctional facilities in Washington, D.C. that houses adult male detainees awaiting trial, serving a

1

misdemeanor sentence, or in transit to a BOP facility. CDF also houses federal detainees awaiting trial in the United States District Court for the District of Columbia pursuant to a contract with the Bureau of Prisons (BOP). Northwest-1 ("NW-1") and Southwest-1 ("SW-1") are maximum-security housing units located in CDF.

4. From January 2021, through February 2024, Co-Conspirator-1 was a DOC employee and correctional officer. From August 2023 through July 2024, Co-Conspirator-6 was a DOC employee and correctional officer. During that same period, Co-Conspirators-2, -3, and -4 were pretrial detainees at CDF in either NW-1 or SW-1.

5. From February 18, 2024 through July 25, 2024, Holland agreed to pack contraband into Tupperware containers surrounded by food and deliver the Tupperware containers to Co-Conspirator-1 or Co-Conspirator-6 to smuggle into CDF and provide them to Co-Conspirators-2, -3, and -4.

6. On February 18, 2024, Holland made a recorded jail call to Co-Conspirator-2 to discuss packaging contraband and to plan for Holland to drop off contraband at CDF for Co-Conspirator-1 to deliver to Co-Conspirators-2, -3, and -4.

7. That day, at approximately 3:29 p.m., Holland drove to CDF. Holland walked inside the staff entrance to CDF and placed a bag containing two Tupperware containers on a table next to a door that leads to a screening room. The Tupperware containers were filled with contraband.

8. At 4:36 p.m., Co-Conspirator-1 walked to the entrance and grabbed the bags left by

Holland. Co-Conspirator-1 then brought the Tupperware container into CDF. On February 19, 2024 and February 26, 2024, Co-Conspirator-1 distributed the contraband from the Tupperware containers to Co-Conspirators-2, -3, and -4.

9. On February 28, 2024, at approximately 10:56 a.m., Holland retuned to CDF with another bag containing two Tupperware containers. She left the bag on the same table for Co-Conspirator-1. However, before Co-Conspirator-1 could retrieve the containers for Co-Conspirators-2, -3, and -4, the bag was intercepted by DOC Office of Investigative Services. Collectively, the containers contained: (1) one switchblade knife; (2) one Apple iPhone; (3) a white USB iPhone charger; (4) two pairs of eyeglasses; (5) a bundle of marijuana wrapped in clear saranwrap; (6) tobacco wrapped in clear saranwrap; (7) several sheets of white rolling papers; (8) a pair of gambling dice; (9) three white sheets of bonded paper that were damp and contained MDMB-4en-PINACA—a Schedule I Controlled Substance,; (10) two saran-wrapped packages of marijuana; and (11) five individually wrapped packages in clear saranwrap containing approximately 100 cigarettes

10. On June 30, 2024, Holland received a call from Co-Conspirator-2, who asked Holland to initiate a three-way call with Co-Conspirator-5. Holland agreed, and Co-Conspirator-2 and Co-Conspirator-5 discussed Co-Conspirator-5 dropping off contraband that day at CDF. At 12:38 p.m. that day, Co-Conspirator-6 met Co-Conspirator-5 in front of CDF. He took possession of a Tupperware container filled with contraband, which he brought into CDF for Co-Conspirators-2, -3, and -4.

11. On July 7, 2024, Holland met Co-Conspirator-5 at a gas station to provide Co-

Conspirator-5 with a Tupperware container to bring to CDF. Co-Conspirator-5 took the Tupperware container that Holland provided and an additional container to CDF and provided it to Co-Conspirator-6. Co-Conspirator-6 brought the containers—both of which contained contraband—into CDF and provided it to Co-Conspirator-4.

12. On July 21, 2024, at 12:00 p.m., Holland brought an additional Tupperware container containing contraband to the parking lot outside CDF. Holland placed the Tupperware container into Co-Conspirator-6's car. At 12:49 p.m., Co-Conspirator-6 retrieved the Tupperware container from his car. At 1:29 p.m., Co-Conspirator-6 brought the Tupperware container into CDF and provided it to Co-Conspirator-4.

13. On July 25, 2024, DOC conducted a search of NW-1 for contraband. Among other things, DOC investigators seized: (1) two cell phones; (2) 269 blue pills (including 120 from Co-Conspirator-3's cell), containing Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide)—a Schedule II Narcotic Controlled Substance; and (3) 255 strips containing Buprenorphine (170 in Co-Conspirator-3's cell)—a Schedule III narcotic controlled substance.

14. The 120 blue pills recovered from Co-Conspirator-3's cell weighed approximately 13.52 grams.

15. Holland was aware that the Tupperware containers she provided to Co-Conspirator-1 to smuggle into CDF contained controlled substances, which are "prohibited objects," pursuant to 18 U.S.C. 1791(d)(1). Holland agreed to assist detainees inside CDF in possessing controlled substances, a knife, and other contraband.


        Respectfully Submitted

        Edward R. Martin, Jr.
        United States Attorney


BY:    */s/ Joshua Gold*
        Joshua A. Gold
        Assistant United States Attorney

## DEFENDANT HOLLAND'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to the Information in this case, charging me with Conspiracy, in violation of 18 U.S.C. § 371. I have discussed this proffer fully with my attorney, Christopher Davis. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 05/12/2025

_____
Kiya Holland

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the Government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 5/13/25

_____
Christopher Davis, Esq.
Counsel for Defendant

6